IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YANDIA PEREZ CASELLAS on her behalf and derivatively on behalf of Taste Vin, Corp.<br><br>Plaintiff<br><br>v.<br><br>ROSANA MIRANDA CINTRON<br><br>Defendant<br><br>FIDEICOMISO PEREZ CASELLAS<br><br>Interventor | CIVIL NO. 12-1257 (DRD) |

**JOINT MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT**

TO THE HONORABLE COURT:

    Come now, Plaintiff, YANDIA PEREZ CASELLAS on her behalf and derivatively on behalf of Taste Vin, Corp.; Interventor FIDEICOMISO PEREZ CASELLAS; and Defendant, ROSANA MIRANDA CINTRON, through their respective legal representations, and respectfully state and pray:

1. The Appearing Parties have entered into a Settlement Agreement and Full Release of all Claims that disposes of all the controversies among them.

2. It is a condition to the Settlement Agreement and Full Release of all Claims that Plaintiffs file this Motion and the appearing co-defendant consent to entry of Judgment by this Honorable Court of dismissal with prejudice, all which shall be final and unappealable from the date of its entry.

3. The judgment will be without any award of attorney's fees or costs and each settling party will bear his own costs, expenses and attorney's fees.

**WHEREFORE,** the Parties respectfully request that the foregoing be granted and the Judgment dismissing the case be entered with prejudice.

Respectfully submitted.

In San Juan, Puerto Rico, this 8th day of February 2013.

I Hereby Certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 8th day of February, 2013.

| | |
|---|---|
| **THE LAW OFFICES OF HECTOR E. PEDROSA-LUNA**<br>84 Ponce de León Avenue<br>San Juan, PR 00918<br>787-920-7983 Fax: 787-764-7511<br>Email: hectorpedrosa@gmail.com<br>Attorney for Yandia Perez on her behalf and derivatively on behalf of Taste Vin, Corp.<br><br>/S/Héctor Eduardo Pedrosa-Luna<br>**Héctor E. Pedrosa-Luna**<br>USDC-PR 223202<br><br><br>**LUIS E MIÑANA & ASOCIADOS**<br>122 Ave Domenech, Hato Rey 00917<br>787-758-1999<br>Email: notarial@prtc.net<br>Attorney for Fideicomiso Perez Casellas<br><br>/S/Luis E. Miñana<br>Luis E. Miñana<br>USDC-PR 225608 | **MIRANDA CÁRDENAS & CÓRDOVA**<br>P.O. Box 9023998<br>San Juan, Puerto Rico 00902-3998<br>Tel. 721-3208 Fax 721-7875<br>Attorney for Settling Defendants<br><br>*s/José A. Miranda Daleccio*<br>**José A. Miranda Daleccio**<br>USDC-PR 205,705<br>Mobile: 939-475-0249<br>jmiranda@microjuris.com |