IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YANDIA PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>ROSANA MIRANDA; TASTE VIN CORP. as nominal defendant; and FIDEICOMISO PEREZ-CASELLAS as intervenor,<br><br>Defendants | Civil No.:12-1257 (DRD) |

### JUDGMENT

Pursuant to Plaintiff's decision to voluntarily dismiss the instant action (Docket No. 40), and Defendant's and Interventor's consent to this voluntary dismissal in compliance with Rule 41 of the Federal Rules of Civil Procedure, the Court hereby enters a final judgment **DISMISSING THE INSTANT CASE WITH PREJUDICE.**

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico this 8th day of February, 2013.

/s/ DANIEL R. DOMÍNGUEZ

DANIEL R. DOMÍNGUEZ
U.S. District Judge